IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LILLY V. EVANS,<br><br>Plaintiff,<br><br>v.<br><br>UNISON AGREEMENT CORP., et al.,<br><br>Defendants. | Civil Action No: 1:26-cv-00999 |

**DEFENDANTS' CORPORATE DISCLOSURE STATEMENT**
**PURSUANT TO FRCP 7.1 AND LOCAL RULE 26.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 26.1 of the United States District Court for the District of Columbia, Defendants Unison Agreement Corp., Unison Investment Management, LLC, Real Estate Equity Exchange, Inc., Odin New Horizon Real Estate Fund, L.P., Odin New Horizon General Partner LLC, and Ismael Casas, Jr. hereby make the following disclosures:

Unison Agreement Corp. is a wholly-owned subsidiary of Real Estate Equity Exchange, Inc., and no publicly held corporation owns more than 10% of its stock.

Unison Investment Management, LLC is a wholly-owned subsidiary of Real Estate Equity Exchange, Inc., and no publicly held corporation owns more than 10% of its stock.

Real Estate Equity Exchange, Inc. has no corporate parent, and no publicly held corporation owns more than 10% of its stock.

Odin New Horizon Real Estate Fund, L.P. has no corporate parent, and no publicly held corporation owns more than 10% of its stock.

Odin New Horizon General Partner LLC is a wholly-owned subsidiary of Unison Investment Management, LLC, and no publicly held corporation owns more than 10% of its stock.

Ismael Casas, Jr. is a natural person.

Dated: March 23, 2026

Respectfully submitted,

*/s/ Raymond P. Tolentino*

Michelle L. Rogers (D.C. Bar #498625)
Raymond P. Tolentino (D.C. Bar #1028781)
Matt K. Nguyen (D.C. Bar #1736777)
COOLEY LLP
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004
Phone: 202-842-7800
Fax: 202-842-7899
Email: mrogers@cooley.com
Email: rtolentino@cooley.com
Email: mnguyen@cooley.com

*Counsel for Defendants Unison Agreement Corp., Unison Investment Management, LLC, Real Estate Equity Exchange, Inc., Odin New Horizon Real Estate Fund, L.P., Odin New Horizon General Partner LLC, and Ismael Casas, Jr.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing Defendants Notice of Removal was caused to be served via CM/ECF, email, and U.S. Mail, upon the following counsel of record, as identified below, on March 23, 2026.

David S. Yellin
Julie Nepveu
Louis Lopez
AARP FOUNDATION
601 E Street NW
Washington, DC 20049
dyellin@aarp.org
jnepveu@aarp.org
llopez@aarp.org

Bryony Coiner
Deborah Cuevas Hill
LEGAL COUNSEL FOR THE ELDERLY
601 E Street NW
Washington, DC 20049
bcoiner@aarp.org
dcuevashill@aarp.org

*Counsel for Lilly V. Evans*

*/s/ Raymond P. Tolentino*
Raymond P. Tolentino

*Counsel for Defendants Unison Agreement Corp., Unison Investment Management, LLC, Real Estate Equity Exchange, Inc., Odin New Horizon Real Estate Fund, L.P., Odin New Horizon General Partner LLC, and Ismael Casas, Jr.*