IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LILLY V. EVANS<br><br>Plaintiff,<br><br>v.<br><br>UNISON AGREEMENT CORP.<br><br>Defendants. | Civil Action No. 1:26-cv-00999-RC |

**DECLARATION OF RAYMOND P. TOLENTINO IN SUPPORT OF DEFENDANTS' MOTION TO STAY**

I, Raymond P. Tolentino, hereby declare as follows:

1. I am a Partner at the law firm of Cooley LLP, counsel for Defendants Unison Agreement Corporation ("UAC"), Unison Investment Management, LLC ("UIM"), Real Estate Equity Exchange, Inc. ("REX"), Odin New Horizon Real Estate Fund, L.P., Odin New Horizon General Partner, LLC, and Ismael Casas, Jr. ("Casas") (collectively, the "Unison Defendants" or "Unison"), in this action. I submit this declaration in support of the Defendants' Motion to Stay. I have personal knowledge of the facts set forth in this declaration, and if called upon to testify, I could and would testify to such facts.

2. Attached as Exhibit 1 is a true and correct copy of NACA's Complaint and Exhibits A-D filed February 11, 2026, in the Superior Court of the District of Columbia, in the action captioned *NACA v. Unison Agreement Corp.*, Case No. 2026-CAB-000955 (D.C. Super. Ct.).

I declare under penalty of perjury that the foregoing is true and correct. Executed April 1, 2026.

*/s/ Raymond P. Tolentino*
Raymond P. Tolentino

*Counsel for Defendants Unison Agreement Corp., Unison Investment Management, LLC, Real Estate Equity Exchange, Inc., Odin New Horizon Real Estate Fund, L.P., Odin New Horizon General Partner LLC, and Ismael Casas, Jr.*