**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LILLY V. EVANS,<br><br>Plaintiff,<br><br>v.<br><br>UNISON AGREEMENT CORP., et al.,<br><br>Defendants. | Civil Action No: 1:26-cv-00999-RC<br><br>Re: Document Nos.: 12, 13 |

**ORDER**

Upon consideration of Defendants' Motion to Stay and Motion for Extension of Time to File Answer to Plaintiff's Complaint Pending Resolution of Defendants' Motion to Stay, their supporting materials, any opposition thereto, and the record herein, it is hereby

**ORDERED**, that Defendants' Motion to Stay (ECF No. 12) is **DENIED**, it is further

**ORDERED**, that Defendants' Motion for Extension of Time to File Answer (ECF No. 13) is **DENIED**, it is further

**ORDERED**, that Defendants shall answer or otherwise respond to the Complaint by May 11, 2026 as described in the Court's Minute Order issued on March 25, 2026.

**SO ORDERED**.

Dated: _______________

RUDOLPH CONTRERAS
United States District Judge

Copies to:

David S. Yellin
Sébastien Monzón Rueda

AARP Foundation
601 E Street NW
Washington, DC 20049

Michelle L. Rogers
Raymond P. Tolentino
Matt K. Nguyen
Cooley LLP
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004

Benjamin Klubes
Klubes Law Group
1717 K Street NW, Suite 900
Washington, DC 20006