IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LILLY V. EVANS<br><br>Plaintiff,<br><br>v.<br><br>UNISON AGREEMENT CORP.<br><br>Defendants. | Civil Action No. 1:26-cv-00999-RC |

**[PROPOSED] ORDER GRANTING**
**DEFENDANTS' MOTION TO STAY**

THIS MATTER is before the Court on Defendants' Motion to Stay Pending Transfer by the Judicial Panel on Multidistrict Litigation.

UPON CONSIDERATION WHEREOF, and the entire record herein, and for good cause shown, it is hereby ORDERED:

Defendants' Motion to Stay is GRANTED.

IT IS FURTHER ORDERED that:

1. The case and any applicable deadlines are hereby stayed pending the decision of transfer by the Judicial Panel on Multidistrict Litigation.
2. The parties shall file a joint status report with this Court within seven (7) days of the Judicial Panel on Multidistrict Litigation's decision on Defendants' Motion for Transfer of Actions Pursuant to 28 U.S.C. § 1407, advising the Court of the outcome and proposing next steps for this action.
3. In the event the Judicial Panel on Multidistrict Litigation denies the Motion for

Transfer, Defendants shall file their motion to dismiss the Complaint within twenty-one (21) days of that ruling.

SO ORDERED this ___________ of ___________ 2026.

_________________________
Honorable Rudolph Contreras
U.S. District Court Judge

**Pursuant to LCvR 7(k), the following attorneys are entitled to be notified of this Order:**

David S. Yellin (D.C. Bar #1028475)
Julie Nepveu (D.C. Bar #458305)
Louis Lopez (D.C. Bar #461662)
AARP Foundation
601 E Street NW
Washington, DC 20049
dyellin@aarp.org
jnepveu@aarp.org
llopez@aarp.org
202-434-3389

Sébastien Monzón Rueda (D.C. Bar. #1025974)
AARP Foundation
601 E Street NW
Washington, DC 20049
202-434-2175
smonzonrueda@aarp.org

Bryony Coiner (D.C. Bar #187309)
Deborah Cuevas Hill (D.C. Bar #494613)
Legal Counsel for the Elderly
601 E Street NW
Washington, DC 20049
bcoiner@aarp.org
dcuevashill@aarp.org
Phone: 202-434-6021

*Counsel for Plaintiff Lilly V. Evans*

Michelle L. Rogers (D.C. Bar #498625)
Raymond P. Tolentino (D.C. Bar #1028781)
COOLEY LLP
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004
Phone: 202-842-7800
Fax: 202-842-7899
Email: mrogers@cooley.com
Email: rtolentino@cooley.com

*Counsel for Defendants Unison Agreement Corp., Unison Investment Management, LLC, Real Estate Equity Exchange, Inc., Odin New Horizon Real Estate Fund, L.P., Odin New Horizon General Partner LLC, and Ismael Casas, Jr.*

Benjamin Klubes (D.C. Bar #428852)
Klubes Law Group
1717 K Street NW, Suite 900
Washington, DC 20006
Phone: 202-753-5054
Email: bklubes@klubeslaw.com

*Counsel for Defendant Vantage Point Title, Inc.*