IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LILLY V. EVANS

Plaintiff,

v.

UNISON AGREEMENT CORP.

Defendants.

Civil Action No. 1:26-cv-00999-RC

**[PROPOSED] ORDER GRANTING**
**EXPEDITED CONSIDERATION OF DEFENDANTS' MOTION TO STAY**

THIS MATTER is before the Court on Defendants' request for expedited consideration of their Motion to Stay Proceedings Pending Transfer by the Judicial Panel on Multidistrict Litigation.

UPON CONSIDERATION WHEREOF, and for good cause shown, it is hereby ORDERED that:

1. Plaintiff shall file any opposition to Defendants' Motion to Stay within seven (7) days of service, no later than August 28, 2026.
2. Defendants shall file any reply within four (4) days thereafter.

SO ORDERED this ___________ of ___________ 2026.

___________________________
Honorable Rudolph Contreras
U.S. District Court Judge

**Pursuant to LCvR 7(k), the following attorneys are entitled to be notified of this Order:**

David S. Yellin (D.C. Bar #1028475)
Julie Nepveu (D.C. Bar #458305)
Louis Lopez (D.C. Bar #461662)
AARP Foundation
601 E Street NW
Washington, DC 20049
dyellin@aarp.org
jnepveu@aarp.org
llopez@aarp.org
202-434-3389

Sébastien Monzón Rueda (D.C. Bar. #1025974)
AARP Foundation
601 E Street NW
Washington, DC 20049
202-434-2175
smonzonrueda@aarp.org

Bryony Coiner (D.C. Bar #187309)
Deborah Cuevas Hill (D.C. Bar #494613)
Legal Counsel for the Elderly
601 E Street NW
Washington, DC 20049
bcoiner@aarp.org
dcuevashill@aarp.org
Phone: 202-434-6021

*Counsel for Plaintiff Lilly V. Evans*

Michelle L. Rogers (D.C. Bar #498625)
Raymond P. Tolentino (D.C. Bar #1028781)
COOLEY LLP
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004
Phone: 202-842-7800
Fax: 202-842-7899
Email: mrogers@cooley.com
Email: rtolentino@cooley.com

*Counsel for Defendants Unison Agreement Corp., Unison Investment Management, LLC, Real Estate Equity Exchange, Inc., Odin New Horizon Real*

*Estate Fund, L.P., Odin New Horizon General Partner LLC, and Ismael Casas, Jr.*

Benjamin Klubes (D.C. Bar #428852)
Klubes Law Group
1717 K Street NW, Suite 900
Washington, DC 20006
Phone: 202-753-5054
Email: bklubes@klubeslaw.com

*Counsel for Defendant Vantage Point Title, Inc.*