**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| LILY V. EVANS,<br><br>*Plaintiff,*<br><br>v.<br><br>UNISON AGREEMENT CORP., UNISON INVESTMENT MANAGEMNT, LLC, REAL ESTATE EQUITY EXCHANGE, INC., ODIN NEW HORIZON REAL ESTATE FUND, L.P., ODIN NEW HORIZON GENERAL PARTNER LLC, VANTAGE POINT TITLE, INC., and ISMAEL CASAS, JR.<br><br>*Defendants*. | Civ. Action No. 1:26-cv-00999-RC |

**DEFENDANT VANTAGE POINT TITLE, INC.'S MOTION TO DISMISS**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant Vantage Point Title, Inc. respectfully moves to dismiss the Complaint. Defendant Vantage Point Title, Inc. joins in and adopts all arguments and authorities set forth in the Motion to Dismiss filed contemporaneously by Defendants Unison Agreement Corp., Unison Investment Management, LLC, Real Estate Equity Exchange, Inc., Odin New Horizon Real Estate Fund, L.P., Odin New Horizon General Partner LLC, and Ismael Casas, Jr. (the "Unison Defendants"). In addition to those arguments, which are incorporated by reference, Vantage Point Title, Inc. sets forth in the accompanying Memorandum of Points and Authorities the grounds specific to the claims asserted against it, and respectfully requests that the Court dismiss the Complaint as to Vantage Point Title, Inc. in its entirety without leave to replead.

Dated: September 4, 2026

Respectfully Submitted,

KLUBES LAW GROUP

/s/ Benjamin B. Klubes

Benjamin B. Klubes (D.C. Bar No. 428852)
Rachael R. Yocum (D.C. Bar No. 999230)
1717 K Street, N.W
Suite 900
Washington, DC 20006
Phone: (202) 753-5054
Email: bklubes@klubeslaw.com
Email: ryocum@klubeslaw.com

*Attorneys for Defendant Vantage Point Title, Inc.*