**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| LILY V. EVANS,<br><br>*Plaintiff,*<br><br>v.<br><br>UNISON AGREEMENT CORP., UNISON INVESTMENT MANAGEMNT, LLC, REAL ESTATE EQUITY EXCHANGE, INC., ODIN NEW HORIZON REAL ESTATE FUND, L.P., ODIN NEW HORIZON GENERAL PARTNER LLC, VANTAGE POINT TITLE, INC., and ISMAEL CASAS, JR.<br><br>*Defendants*. | Civ. Action No. 1:26-cv-00999-RC |

**CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE UNDER LCvR 26.1**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Vantage Point Title, Inc. states that is parent corporation is Vantage Point Group, which is privately held. No publicly held corporation owns 10% or more of Defendant's stock.

Pursuant to LCvR 26.1, Defendant further certifies that, to the best of counsel's knowledge and belief, Vantage Point Group, Defendant's parent company, does not have any outstanding securities in the hands of the public, and there are no other parent companies, subsidiaries, affiliates, or companies owing at least 10% of Defendant's stock that have any outstanding securities in the hands of the public.

Dated: September 4, 2026

Respectfully Submitted,

KLUBES LAW GROUP

/s/ Benjamin B. Klubes

Benjamin B. Klubes (D.C. Bar No. 428852)
Rachael R. Yocum (D.C. Bar No. 999230)
1717 K Street, N.W
Suite 900
Washington, DC 20006
Phone: (202) 753-5054
Email: bklubes@klubeslaw.com
Email: ryocum@klubeslaw.com

*Attorneys for Defendant Vantage Point Title, Inc.*