IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LILLY V. EVANS,<br><br>Plaintiff,<br><br>v.<br><br>UNISON AGREEMENT CORP., et al.,<br><br>Defendants. | Civil Action No. 1:26-cv-00999-RC |

**[PROPOSED] ORDER GRANTING**
**UNISON DEFENDANTS' MOTION TO DISMISS**

THIS MATTER is before the Court on Unison Defendants' Motion to Dismiss.

UPON CONSIDERATION WHEREOF, and the entire record herein, and for good cause shown, it is hereby ORDERED:

Unison Defendants' Motion to Dismiss is GRANTED.

IT IS FURTHER ORDERED that:

1. The Complaint is dismissed without leave to replead.

SO ORDERED this ___________ of ___________ 2026.

_____________________________
Honorable Rudolph Contreras
U.S. District Court Judge

**Pursuant to LCvR 7(k), the following attorneys are entitled to be notified of this Order:**

David S. Yellin (D.C. Bar #1028475)
Julie Nepveu (D.C. Bar #458305)
Louis Lopez (D.C. Bar #461662)
AARP Foundation
601 E Street NW
Washington, DC 20049
dyellin@aarp.org
jnepveu@aarp.org
llopez@aarp.org
202-434-3389

Sébastien Monzón Rueda (D.C. Bar. #1025974)
AARP Foundation
601 E Street NW
Washington, DC 20049
202-434-2175
smonzonrueda@aarp.org

Bryony Coiner (D.C. Bar #187309)
Deborah Cuevas Hill (D.C. Bar #494613)
Legal Counsel for the Elderly
601 E Street NW
Washington, DC 20049
bcoiner@aarp.org
dcuevashill@aarp.org
Phone: 202-434-6021

*Counsel for Plaintiff Lilly V. Evans*

Raymond P. Tolentino (D.C. Bar #1028781)
Michelle L. Rogers (D.C. Bar #498625)
COOLEY LLP
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004
Phone: 202-842-7800
Fax: 202-842-7899
Email: rtolentino@cooley.com
Email: mrogers@cooley.com

*Counsel for Defendants Unison Agreement Corp., Unison Investment Management, LLC, Real Estate Equity Exchange, Inc., Odin New Horizon Real*

*Estate Fund, L.P., Odin New Horizon General Partner LLC, and Ismael Casas, Jr.*

Benjamin Klubes (D.C. Bar #428852)
Klubes Law Group
1717 K Street NW, Suite 900
Washington, DC 20006
Phone: 202-753-5054
Email: bklubes@klubeslaw.com

*Counsel for Defendant Vantage Point Title, Inc.*