**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| LILLY V. EVANS,<br><br>Plaintiff,<br><br>v.<br><br>UNISON AGREEMENT CORP., UNISON INVESTMENT MANAGEMENT, LLC, REAL ESTATE EQUITY EXCHANGE, INC., ODIN NEW HORIZON REAL ESTATE FUND, L.P., ODIN NEW HORIZON GENERAL PARTNER LLC, VANTAGE POINT TITLE, INC., and ISMAEL CASAS, JR.<br><br>Defendants. | No. 1:26-cv-00999-RC |

**NOTICE OF HEARING BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION FOR MOTION FOR TRANSFER OF ACTIONS PURSUANT TO 28 U.S.C. § 1407**

TO THE COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on October 9, 2026, the United States Judicial Panel on Multidistrict Litigation issued a Notice of Hearing Session ("JPML Hearing") for Defendants Unison Agreement Corp., Unison Investment Management, LLC, Real Estate Equity Exchange, Inc., Odin New Horizon Real Estate Fund, L.P., and Odin New Horizon General Partner LLC's Motion for Transfer of Actions Pursuant to 28 U.S.C. § 1407 in *In re: Unison "HomeOwner Agreement" Equity Option Contract, Marketing, and Sales Practices Litigation*, MDL No. 3201 (J.P.M.L. Oct. 9, 2026), Dkt. No. 27. The JPML Hearing is scheduled for December 3, 2026, at 9:30 a.m. at the United States District Court, 500 Poydras Street, Ceremonial Courtroom, New Orleans, LA 70130. A true and correct copy of the JPML's Notice of Hearing Session and accompanying Schedule of Matters for Hearing Session is attached hereto as Exhibit A.

Dated: October 12, 2026

Respectfully submitted,

/s/ Raymond P. Tolentino
Raymond P. Tolentino (D.C. Bar #1028781)
Michelle L. Rogers (D.C. Bar #498625)
Menno Goedman (D.C. Bar #888325119)
COOLEY LLP
1299 Pennsylvania Avenue, NW
Suite 700
Washington, D.C. 20004
Phone: 202-842-7800
Fax: 202-842-7899
Email: rtolentino@cooley.com
Email: mrogers@cooley.com
Email: mgoedman@cooley.com

*Counsel for Defendants Unison Agreement Corp., Unison Investment Management, LLC, Real Estate Equity Exchange, Inc., Odin New Horizon Real Estate Fund, L.P., Odin New Horizon General Partner LLC, and Ismael Casas, Jr.*