**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| LILLY V. EVANS,<br><br>Plaintiff,<br><br>v.<br><br>UNISON AGREEMENT CORP., UNISON INVESTMENT MANAGEMENT, LLC, REAL ESTATE EQUITY EXCHANGE, INC., ODIN NEW HORIZON REAL ESTATE FUND, L.P., ODIN NEW HORIZON GENERAL PARTNER LLC, VANTAGE POINT TITLE, INC., and ISMAEL CASAS, JR.<br><br>Defendants. | No. 1:26-cv-00999-RC |

**UNISON DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendants Unison Agreement Corp. ("UAC"), Unison Investment Management, LLC ("UIM"), Real Estate Equity Exchange, Inc. ("REEE"), Odin New Horizon Real Estate Fund, L.P. ("Odin"), Odin New Horizon General Partner, LLC ("Odin General Partner"), and Ismael Casas, Jr. ("Casas") (collectively, the "Unison Defendants" or "Unison"), respectfully submit this Notice of Supplemental Authority to bring the Court's attention to a recent decision from the District of Maryland: Memorandum and Order, *Francischetti v. Unison Agreement Corporation*, No. 1:26-cv-03341-JRR (D. Md. Oct. 15, 2026), Dkt. No. 22, granting in part a motion to stay proceedings pending transfer by the Judicial Panel on Multidistrict Litigation and staying that action until the earlier of December 16, 2026, or seven days after the JPML denies the pending motion to transfer. This decision relates to Unison Defendants' Motion to Stay Proceedings Pending Transfer by the Judicial Panel on Multidistrict Litigation (ECF No. 25), which was fully briefed on September 11, 2026. A copy of the Memorandum and Order is attached for the Court's reference as Exhibit 1.

Dated: October 21, 2026

Respectfully submitted,

*/s/ Raymond P. Tolentino*

Raymond P. Tolentino (D.C. Bar #1028781)
Michelle L. Rogers (D.C. Bar #498625)
Menno Goedman (D.C. Bar #888325119)
COOLEY LLP
1299 Pennsylvania Avenue, NW
Suite 700
Washington, D.C. 20004
Phone: 202-842-7800
Fax: 202-842-7899
Email: rtolentino@cooley.com
Email: mrogers@cooley.com
Email: mgoedman@cooley.com

*Counsel for Defendants Unison Agreement Corp., Unison Investment Management, LLC, Real Estate Equity Exchange, Inc., Odin New Horizon Real Estate Fund, L.P., Odin New Horizon General Partner LLC, and Ismael Casas, Jr.*