IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LILLY V. EVANS,<br><br>Plaintiff,<br><br>v.<br><br>UNISON AGREEMENT CORP., et al.,<br><br>Defendants. | Civil Action No. 1:26-cv-00999-RC |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEFS IN SUPPORT OF THEIR MOTIONS TO DISMISS**

Defendants Unison Agreement Corp., Unison Investment Management, LLC, Real Estate Equity Exchange, Inc., Odin New Horizon Real Estate Fund, L.P., Odin New Horizon General Partner LLC, Ismael Casas, Jr., and Vantage Point Title, Inc. (together, "Defendants"), by and through their undersigned counsel, hereby respectfully move for an extension of time to file their Replies in Support of Their Motions to Dismiss Plaintiff Lilly V. Evans's ("Plaintiff" or "Evans") (together, "the Parties") Complaint. Plaintiff does not oppose the requested extension.

1. On February 5, 2026, Plaintiff filed a Complaint in the Superior Court for the District of Columbia captioned *Evans v. Unison Agreement Corp.*, Case No. 2026-CAB-000758 (D.C. Super. Ct.).

2. On March 23, 2026, pursuant to 28 U.S.C. §§ 1331, 1332, 1441, and 1446, Defendants removed the action from the Superior Court of the District of Columbia, Civil Division, to the United States District Court for the District of Columbia.

3. On March 25, 2026, the Parties filed a joint motion seeking an extension for the

Defendants to respond to the Complaint, to and including May 11, 2026, and for Plaintiff to have sixty (60) days to respond to Defendants' motion to dismiss. The Court granted the Parties' motion the same day.

4. On April 1, 2026, Defendants filed a Motion to Stay pending the outcome of *National Association of Consumer Advocates v. Unison Agreement Corp.*, Case No. 2026-CAB-000955 (D.C. Super. Ct. Feb. 11, 2026). Concurrently with their Motion to Stay, Defendants also sought an extension to the operative deadline (then set for May 11, 2026) to respond to Plaintiff's Complaint.

5. On May 4, 2026, the Court granted Defendants' motion staying their deadline to respond to Plaintiff's Complaint pending further order from the Court.

6. On August 14, 2026, the Court denied Defendants' Motion to Stay.

7. On September 4, 2026, Defendants filed their Motions to Dismiss Plaintiff's Complaint. Pursuant to the Court's order on March 25, 2026, Plaintiff's deadline to file a responsive pleading is November 3, 2026.

8. Pursuant to LCvR 7(d), Defendants' Replies in Support of Their Motions to Dismiss are due within seven (7) days of service of Plaintiff's Response to the Motions. Defendants respectfully request that the Court grant Defendants twenty-one (21) days to file their Replies.

9. Pursuant to LCvR 7(m), Defendants' counsel met and conferred with Plaintiff's counsel on the subject of this Motion on October 28, 2026. Plaintiff's counsel does not oppose this Motion.

Dated: October 29, 2026

Respectfully submitted,

*/s/ Raymond P. Tolentino*

Raymond P. Tolentino (D.C. Bar #1028781)
Michelle L. Rogers (D.C. Bar #498625)
Menno Goedman (D.C. Bar #888325119)
COOLEY LLP
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004
Phone: 202-842-7800
Fax: 202-842-7899
Email: rtolentino@cooley.com
Email: mrogers@cooley.com
Email: mgoedman@cooley.com

*Counsel for Defendants Unison Agreement Corp., Unison Investment Management, LLC, Real Estate Equity Exchange, Inc., Odin New Horizon Real Estate Fund, L.P., and Odin New Horizon General Partner LLC, and Ismael Casas, Jr.*

*/s/ Benjamin Klubes*
Benjamin Klubes (D.C. Bar #428852)
Klubes Law Group
1717 K Street NW, Suite 900
Washington, DC 20006
Phone: 202-753-5054
Email: bklubes@klubeslaw.com

*Counsel for Defendant Vantage Point Title, Inc.*