IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LILLY V. EVANS

Plaintiff,

v.

UNISON AGREEMENT CORP.

Defendants.

Civil Action No. 1:26-cv-00999-RC

**[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEFS IN SUPPORT OF THEIR MOTIONS TO DISMISS**

THIS MATTER is before the Court on the Defendants' Motion for Extension of Time to File Reply Briefs in Support of Their Motions to Dismiss.

UPON CONSIDERATION WHEREOF, and the entire record herein, it is hereby ORDERED:

Defendants' Unopposed Motion for Extension of Time to File Reply Briefs in Support of Their Motions to Dismiss is GRANTED. Defendants are permitted twenty-one (21) days to file their Replies in Support of Their Motions to Dismiss.

SO ORDERED this ____________ of ____________ 2026.

_________________________________
Honorable Rudolph Contreras
U.S. District Court Judge

**Pursuant to LCvR 7(k), the following attorneys are entitled to be notified of this Order:**

David S. Yellin (D.C. Bar #1028475)
Julie Nepveu (D.C. Bar #458305)
Louis Lopez (D.C. Bar #461662)
AARP Foundation
601 E Street NW
Washington, DC 20049
dyellin@aarp.org
jnepveu@aarp.org
llopez@aarp.org
202-434-3389

Sébastien Monzón Rueda (D.C. Bar. #1025974)
AARP Foundation
601 E Street NW
Washington, DC 20049
202-434-2175
smonzonrueda@aarp.org

Bryony Coiner (D.C. Bar #187309)
Deborah Cuevas Hill (D.C. Bar #494613)
Legal Counsel for the Elderly
601 E Street NW
Washington, DC 20049
bcoiner@aarp.org
dcuevashill@aarp.org
Phone: 202-434-6021

*Counsel for Plaintiff Lilly V. Evans*

Raymond P. Tolentino (D.C. Bar #1028781)
Michelle L. Rogers (D.C. Bar #498625)
Menno Goedman (D.C. Bar #888325119)
COOLEY LLP
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004
Phone: 202-842-7800
Fax: 202-842-7899
Email: rtolentino@cooley.com
Email: mrogers@cooley.com
Email: mgoedman@cooley.com

*Counsel for Defendants Unison Agreement Corp.,*
*Unison Investment Management, LLC, Real*

*Estate Equity Exchange, Inc., Odin New Horizon Real Estate Fund, L.P., Odin New Horizon General Partner LLC, and Ismael Casas, Jr.*

Benjamin Klubes (D.C. Bar #428852)
Klubes Law Group
1717 K Street NW, Suite 900
Washington, DC 20006
Phone: 202-753-5054
Email: bklubes@klubeslaw.com

*Counsel for Defendant Vantage Point Title, Inc.*